EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BLECKLEY COUNTY, GEORGIA
2025V-0195SFW
OCT 10, 2025 04:28 PM
Carol Evans
Carol Evans, Clerk
Bleckley County, Georgia

**IN THE SUPERIOR COURT OF BLECKLEY COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| JEFFREY KEMP,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP,<br>D/B/A WAL-MART,<br><br>Defendant. | ) | CIVIL ACTION FILE<br>NUMBER ______________ |

**COMPLAINT**

COMES NOW Plaintiff, JEFFREY KEMP, by and through his attorney at law, and files this, his Complaint, and shows this Honorable Court as follows:

1.

The Wal-Mart Stores East, LP, d/b/a Wal-Mart, hereinafter referred to as "Defendant" is a foreign for-profit corporation, which is authorized to and does transact business within the State of Georgia.

2.

Defendant owns and operates a store located at 366 Georgia Hwy 26 E, Cochran, Georgia 31014, and is subject to the jurisdiction of this Honorable Court.

3.

Jurisdiction and venue are proper in this Court.



EXHIBIT A

4.

Service of process may be perfected upon Defendant by serving its registered agent, The Corporation Company, 410 Peachtree Parkway, Suite 4245, Cumming, Georgia 30041; and at its store located at 366 Georgia Hwy 26 E, Cochran, Georgia 31014.

5.

On or about January 21, 2025. Plaintiff went to Defendant's establishment located at 366 Georgia Hwy 26 E, Cochran, Georgia 31014, as a customer/business invitee.

6.

Plaintiff was delivering a truckload of goods to the store when suddenly and without warning, a Wal-Mart employee closed the overhead door to the truck, striking Plaintiff's head. Plaintiff has continued to experience pain in his head, neck, and whole back since that event.

7.

Defendant knew or should have known of Plaintiff's presence in the doorway of trailer before the dangerous act of its employee.

8.

Defendant had notice of the Plaintiff's presence before the commission of the dangerous act of closing the door on the Plaintiff.

9.

The Defendant's employees and agents knew of Plaintiff's presence before committing the dangerous act on January 21, 2025, and notwithstanding their knowledge of Plaintiff's presence, committed such dangerous act on January 21, 2025.

10.

This dangerous act, which was known to and committed by the agents and employees of the Defendant, was unknown to Plaintiff.

11.

As a result of the Plaintiff's unfortunate encounter with Defendant's commission of a negligent act, he has suffered serious bodily injuries including head, neck, and pain to his whole back.

12.

As a result of the injuries and negligence of Defendant, Plaintiff has suffered past, present, and will in the future suffer pain therefrom.

13.

Plaintiff has incurred medical expenses for the treatment of his injuries and suffered a physical handicap.

14.

Plaintiff's injuries are permanent and continuing in nature and Plaintiff will suffer losses and impairment in the future.

15.

All damages suffered by Plaintiff are the direct and proximate result of the Defendant's negligent acts.

16.

Plaintiff's medical bills are in excess of $30,000.00, and Plaintiff is continuing to receive medical treatment.

WHEREFORE, Plaintiff prays as follows:

a. That service of process issue in accordance with the law;

b. That Plaintiff have a Jury Trial on all issues set forth herein;

c. That Plaintiff recover a judgment against the Defendant in excess of $500,000.00 for medical bills and pain and suffering;

d. That Plaintiff be entitled to reasonable attorney's fees and all costs of this action;

e. That Plaintiff have such other and further relief as this Honorable Court deems just and proper.

THIS 10th day of OCTOBER, 2025.

**JODY D. PETERMAN, LLC**

*/s/Jody D. Peterman*
JODY D. PETERMAN
Georgia Bar No.: 573552

*/s/T. Michael Burke, Jr.*
T. MICHAEL BURKE, JR.
Georgia Bar No.: 106106

Attorneys for Plaintiff

P.O. Box 6010
Valdosta, GA 31603-6010
(229) 247-0386
(229) 469-6735 Facsimile
petermanlawoffice@yahoo.com
mburke.petermanlaw@gmail.com